PEB/ic

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LLOYD S. MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FILED: MAY 21, 2009 |
| vs. | ) No. | 09CV3080 |
| | ) | JUDGE PALLMEYER |
| DAVID L. BERGGREN and | ) | MAGISTRATE JUDGE COX |
| GRAY TRANSPORTATION, INC., | ) | BR |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendant DAVID L. BERGGREN and GRAY TRANSPORTATION, INC., by and through their attorney, Paul E. Brady of Chilton Yambert & Porter LLP, pursuant to Title 28 U.S.C. §§ 1332, 1441 and 1446, hereby file their Notice of Removal of the cause entitled LLOYD S. MORGAN v. DAVID L. BERGGRON and GRAY TRANSPORTATION, INC., filed in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, Cause No. 09 L 347. As their grounds for removal, defendants state as follows:

1. Plaintiff commenced an action against the above-referenced defendants on or about April 29, 2009, by filing plaintiff's Complaint at Law in the Twelfth Judicial Circuit Court, Will County, Illinois, under cause number 09 L 347. Service upon the defendants is waived and this Notice of Removal is being filed within 30 days of the Complaint at Law being filed in state court. A copy of the Complaint at Law is attached hereto as *Exhibit A*.

2. Gray Transportation, Inc. is an Iowa corporation with its principal place of business located at 2459 GT Drive, Waterloo, Iowa 50703. A copy of a corporate representative's affidavit is attached hereto as *Exhibit B*.

3.	Defendant David L. Berggren is a citizen of the State of Iowa, residing in Cedar Falls, Iowa. A copy of David L. Berggren's affidavit is attached hereto as *Exhibit C*. He is currently an employee of Gray Transportation, Inc.

4.	Also, upon information and belief, plaintiff Lloyd S. Morgan is a citizen of the State of Illinois, residing in Bolingbrook, Illinois. A copy of the Bolingbrook Police crash report is attached hereto as *Exhibit D*.

5.	The state court proceeding is an action for civil damages by Lloyd S. Morgan for personal injuries. No specific dollar amount for damages is alleged on the face of the Complaint at Law, but the amount in controversy is believed to exceed $75,000.00, exclusive of interest and costs. The plaintiff contends that the December 14, 2007, motor vehicle accident caused torn ligaments in his knee. The extent of treatment is uncertain.

6.	On May 11, 2009, defendants' counsel filed their Appearance and Jury Demand, and Answers, for the defendants in the State Court in Will County. A copy of the Appearance and Jury Demand, and Answers, are attached hereto and made a part of this Notice as *Exhibit E*.

7.	28 U.S.C. § 1332 provides that:
   (a)	The District Court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between
       (1)	citizens of different states.

WHEREFORE, defendants David L. Berggren and Gray Transportation, Inc., file their Notice of Removal, removing the state court action from the Twelfth Judicial Circuit Court, Will County, to the United States District Court, Northern District of Illinois, Eastern Division, and demand a trial by jury pursuant to Federal Rule of Civil Procedure 38.

DAVID L. BERGGREN and GRAY
TRANSPORTATION, INC, defendants,

s/ *Paul E. Brady*

Paul E. Brady
Chilton Yambert & Porter LLP
325 Washington Street, Suite 400
Waukegan, IL  60085
847/625-8200
847/625-8262  facsimile