903.09003 PEB/ic

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LLOYD S. MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 09 CV 3080 |
| | ) Judge: Honorable Rebecca R. Pallmeyer |
| DAVID L. BERGGREN and | ) Magistrate Judge Susan E. Cox |
| GRAY TRANSPORTATION, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF AMOUNT IN CONTROVERSY

The plaintiff, LLOYD S. MORGAN, stipulates and states unto the Court the following:

1.    An amount of $75,000 or less is required to fully satisfy LLOYD S. MORGAN's demand in this matter.

2.    The tender of $75,000 or less from the defendants to LLOYD S. MORGAN would extinguish LLOYD S. MORGAN's entire claim in this matter. ⎾ from these Defendants

3.    LLOYD S. MORGAN is not seeking an award following any trial, of more than $75,000 in this matter.

_____
LLOYD S. MORGAN

Paul E. Brady
Chilton Yambert & Porter LLP
325 Washington Street, Suite 400
Waukegan, IL 60085
847/625-8200
847/625-8262 facsimile